IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EDWIN BRAXTER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION 13-0597-WS-M |
| KIMBROUGH BALLARD, *et al.*, | ) ) ) |
| Defendants. | ) ) |

**JUDGMENT**

In accordance with the Order entered on this date, it is **ordered, adjudged and decreed** that plaintiff have and take nothing, and that this action be, and the same hereby is, **dismissed without prejudice**.

DONE and ORDERED this 16th day of May, 2014.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE